# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 9, 2026

Before
JOHN Z. LEE, *Circuit Judge*

| | |
|---|---|
| No. 26-2980 | MARCOS ANTONIO REYES LOPEZ,<br>Petitioner<br><br>v.<br><br>TODD W. BLANCHE, Attorney General of the United States,<br>Respondent |
| **Originating Case Information:** | |
| Agency Case No: A245-654-054<br>Board of Immigration Appeals | |

Upon consideration of the **PETITIONER'S EMERGENCY MOTION FOR A STAY OF REMOVAL**, filed on October 9, 2026, by counsel for the petitioner,

**IT IS ORDERED** that the petitioner Marcos Antonio Reyes Lopez's removal is temporarily **STAYED** pending resolution of the motion for stay of removal.

**IT IS FURTHER ORDERED** that the respondent file a response to the motion for stay of removal by October 23, 2026.

form name: **c7_Order_3J** (form ID: **177**)